IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WALTER FALLS,

      Movant,

v.                                          Case No. 5:16mc2-MW/GRJ

DEPARTMENT OF DEFENSE,

      Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Movant's motion to quash, ECF No. 7, is **DENIED**." The Clerk shall close the file.

SO ORDERED on March 14, 2017.

                                        s/Mark E. Walker    
                                        **United States District Judge**